Revision 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_Macon_ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

RECEIVED
CLERK'S OFFICE
2015 APR 20 AM 8:40
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Toddrick Dantae Hunter
GDC-798302

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Officer Wilcox, COII GA.
Dept. of corr.
Officer Humble, COII Ga Dept.
of Corr.

(NAME OF EACH DEFENDANT)

Defendant(s)

NO. 5:15-CV-138

## I. GENERAL INFORMATION

1. Your full name and prison number Toddrick Dantae Hunter 798302
2. Name and location of prison where you are now confined Wilcox State Prison Abbeville, Ga.
3. Sentence you are now serving (how long?) Life + 20 years
   (a) What were you convicted of? Armed robbery, rape, kidnap, aggravated assualt, aggravated sodomy
   (b) Name and location of court which imposed sentence Dekalb County Superior Court + Fulton County Superior Court
   (c) When was sentence imposed? September 14, 1999
   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☑ No
   (e) What was the result of your appeal? N/A
   (f) Approximate date your sentence will be completed N/A

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment? ☐ Yes ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
      Plaintiff(s): N/A

      Defendant(s): N/A

   (b) Name of Court: N/A
   (c) Docket Number: N/A    When did you file this lawsuit? N/A
   (d) Name of judge assigned to case: N/A
   (e) Is this case still pending ☐ Yes ☒ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
      N/A

6. Have you ever submitted a lawsuit for filing in any federal or state court dealing with facts OTHER THAN those involved in this lawsuit? ☐ Yes ☒ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
      Plaintiff(s): N/A
      Defendant(s): N/A
   (b) Name of Court: N/A
   (c) Docket Number: N/A    When did you file this lawsuit? N/A

(d) Name of judge assigned to case: N/A

(e) Is this case still pending ☐ Yes ☒ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? ☐ Yes ☒ No

If your answer is Yes, state the name of the court and docket number as to each case:

N/A

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Wilcox State Prison, Abbeville, Ga

   (a) Does this institution have a grievance procedure? ☒ Yes ☐ No

   (b) If your answer to question 9(a) is "Yes," answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?

   ☒ Yes   ☐ No

   (2) If Yes, what was the result? Response of Warden: An investigation revealed that unauthorized inmates were in the building. steps will be taken to ensure this does not happen again.

   (3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____
_____
_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   ☒ Yes   ☐ No

(1) If Yes, to whom did you appeal and what was the result? no further action was deemed necessary was the appeal response.

(2) If No, explain why you did not appeal: _____
_____
_____

10. In what other institutions have you been confined? Give dates of entry and exit.

N/A
_____
_____
_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Wilcox State Prison, P.O. Box 397, Abbeville, Ga. 31001
_____
_____

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Officer Wilcox CO II  Ga. Dept. of Corrections
Officer Humble CO II  Ga. Dept. of Corrections
_____
_____

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Wilcox State Prison__

WHEN do you allege this incident took place? __August 1, 2013__

WHAT happened?

"SEE ATTACHED"

## STATEMENT OF CLAIM Continued

1. Officer Wilcox is a corrupt employee of the Georgia ~~Deptart~~ Department of Corrections (GDC).

2. On August 1, 2013, I (plaintiff) lived in the D-4 dorm of Wilcox State Prison (WSP). At approximately 10:00 A.M. of said date, Defendant Wilcox called Plaintiff to the front of the dorm and asked Plaintiff if he wanted to "make some money". Plaintiff asked, "how". Wilcox said, "by selling dope and cigarettes for me". Wilcox went futher saying, "I got workers in every dorm except this one, so I want you on my team".

3. Plaintiff told officer Wilcox that, he did not want to sell drugs because he was trying to "stay out of trouble and go home". Then officer Wilcox replied, "you wont get in trouble cause I'm the Officer and I'll protect you". Plaintiff remained admant and simply said, No.

4. Instead of accepting no for an answer, Wilcox said, "you must be a snitch or something". Plaintiff told him that he was the snitch because he was the officer. Wilcox got mad and said, "you better watch your mouth cause I'll send some goons in here to fuck you up and put you on the door". Plaintiff said, "whatever", then walked off.

5. At approximately 2:30 p.m. Plaintiff was laying on his bunk when an inmate yelled that somebody wanted him, when Plaintiff entered the dayroom area to see who it was, he saw an inmate who lived in D-4 talking near the door with 4 or 5 guys (intruders) who did not live in D-4.

6. When Plaintiff reached the group the D-4 inmate said, "man, these dudes say you're snitchin and they think we should put

you on the door." (IE., out the dorm). Plaintiff replied," you know I aint no snitch," then asked the intruders," where yall get that from?" One of them said, "a reliable source".

7. At that point Plaintiff noticed officer Wilcox standing at the control booth observing the confrontation. This made Plaintiff realize that officer Wilcox had set the whole thing up because the intruders could not get in the building unless an officer opened the door for them. And at that time officer Wilcox was the only officer in the vicinity.

8. As such, Plaintiff told the group of inmates that he was not a snitch and that officer Wilcox probably started the rumor. One of the intruders said, "it don't matter who said it, you gotta go". Plaintiff replied," I aint going nowhere".

9. A second intruder said," you talking shit? We'll come in there and smash yo ass". The D-4 inmate (mentioned in paragraph 6) intervened by saying," if one of yall want to fight him head up, that's cool, but yall aint gonna jump him". The intruders looked at each other said nothing, then left.

10. At approximately 5:30 p.m., Plaintiff was arranging items in his locker box when he saw the aforementioned intruders enter the D-4 sleeping area. They shouted a name like they were looking for someone.

11. When they got close to Plaintiff, one of the intruders asked Plaintiff where the person was that they called for. Before Plaintiff could respond he was hit in the face so hard that he almost passed out. Then two other intruders began punching Plaintiff and threw him to the floor.

12. While on the floor, Plaintiff shouted for help but nobody intervened, including officers Humble and Wilcox who stood in the doorway and watched the intruders hit, kick and smack Plaintiff with combination locks until he passed out.

13. After the intruders were done, they went to the bathroom area and cleaned Plaintiff's blood off of themselves. Wilcox and Humble then let them leave the building without saying one word to them.

14. Approximately 20 minutes later, officer Humble came to the back of the dorm where other inmates attended to the Plaintiff's injuries. Various inmates asked officer Humble why did they let the intruders in the dorm, and why didn't they stop the attack. Officer Humble said, "there are so many inmates in here who could have stopped this, so it aint my fault".

15. Officers Wilcox and Humble did not have the decency to get Plaintiff the medical treatment that he needed. ~~Insted~~ Instead, second shift officers to Plaintiff to medical where nursing assessment documented "bleeding", "swelling", and at least 21 lacerations on Plaintiff's body, including many on his head.

16. Officer Wilcox was deliberately indifferent to Plaintiff's health and safety when he intentionally let intruders in the dorm to harm Plaintiff.[1] Moreover, he failed to intervene when he saw Plaintiff being hit, kick and smacked with locks.

17. It is unknown if officer Humble knew that officer Wilcox was a ~~co~~ crooked drug dealing officer who arranged Plaintiff's beating. However, he failed to intervene when he saw Plaintiff being hit, kicked and smacked with locks.[2]

18. Wilcox and Humble are being sued in their individual capacities

because they were the only officers who worked D-4 during the time that the Plaintiff was assaulted. Plaintiff seeks compensation and punitive damages as a result of the physical and emotional that the Defendant(s) caused him.

19. The Georgia Department of Corrections may have fired Wilcox for engaging in illegal or unethical behavior at Wilcox State Prison, however, for purposes of identification, he is African American, at least 6 ~~feet~~ feet tall, and in his 20's or 30's.

20. Humble is a caucasian male of medium build, in his 30's or 40's.

Footnote

1. Prior to the argument Plaintiff had with Defendant Wilcox, Plaintiff had never been called a snitch and no inmate had ever tried to "put him on the door". (used: to force out of dormroom living unit)

2. D-4 is an open dormitory, and a person can stand in the D-4 enterance door (D119A) and see directly to the sleeping area. Officer(s) Wilcox and Humble did watch Plaintiff being assaulted.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

N/A

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Grant me A Jury Trial
Award me compensatory and punitive damages

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 12th day of April, 20 15.

_Jodrick J. Hunter_
PLAINTIFF