IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TODDRICK DANTAE HUNTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 5:15-CV-138-LJA-MSH |
| VS. | : | 42 U.S.C. § 1983 |
| | : | |
| WILCOX and HUMBLE, | : | |
| | : | |
| Defendants. | : | |

_____

# ORDER

Plaintiff TODDRICK DANTAE HUNTER, a prisoner currently confined at Wilcox State Prison in Abbeville, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed without prepayment of the $350.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). Based on his submissions, the undersigned finds that Plaintiff is unable to pre-pay the entire $350.00 filing fee at this time. Plaintiff, however, should be able to pre-pay at least a portion of the filing fee. Plaintiff's trust account certification shows an average monthly balance of $354.17 over the last six months. Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is thus **GRANTED**, but pursuant to 28 U.S.C. § 1915(b)(1)(B), it is **ORDERED** that Plaintiff pay an initial partial filing fee of $70.83.

Plaintiff is also required to pay the remaining $279.17 of the filing fee under the payment plan set forth 28 U.S.C. § 1915(b). The filing fee is not refundable, regardless of the outcome of this case. Plaintiff is therefore responsible for paying the entire fee even if

his case is dismissed prior to service.

Plaintiff has **TWENTY-ONE DAYS (21) DAYS** from the date shown on this Order to pay a partial filing fee of $70.83. While this action is pending, Plaintiff shall immediately inform the Court in writing of any change in his mailing address. Failure to comply with this Order may result in the dismissal of Plaintiff's Complaint. There will be no service of process in this case until further order.

SO ORDERED, this 5th day of May, 2015.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE